UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

       **LORENZO G. LOPEZ, JR.**              Chapter 13
                                                                          Case No.  16-37109(CGM)

                                             Debtor
-----------------------------------------------------------------x

## ORDER REDUCING CLAIM NUMBERS 2, 3 AND 4 TO ZERO

      The Attorney for the debtor in the above referenced case, Richard Schisano, having moved this Court for an Order Reducing Claim number 2 filed by United Consumer Financial Services, and Reducing Claim number 3 filed by Wells Fargo Bank, N.A., and Reducing Claim number 4 filed by Wells Fargo Financial National Bank as set forth in the Notice of Motion dated June 27, 2017, and there having been no appearances in opposition thereto, and after hearing held on August 1, 2017, and due deliberation having been has thereon,

      **NOW**, on Motion of MURPHY, SCHISANO & ROSADO, Attorneys for the debtor, pursuant to 11 U.S.C. §502 and F.R.B.P. 3007 and 11 U.S.C. §503 and F.R.B.P. 3007, it is

      **ORDERED**, that claim number 2 filed by United Consumer Financial Services is reduced to zero;

      **ORDERED**, that claim number 3 filed by Wells Fargo Bank, N.A., is reduced to zero;

      **ORDERED**, that claim number 4 filed by Wells Fargo Bank National Bank is reduced to zero;



**Dated: August 8, 2017**
     **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**